UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> WASHINGTON STATE ATTORNEY GENERAL, <br><br> Respondent. | Case No. C24-0876-TL-SKV <br><br> REPORT AND RECOMMENDATION |

Petitioner John Demos is a Washington prisoner who is well known locally and nationally as an abusive litigant. Mr. Demos has submitted to the Court for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] Dkt. 1. He also submitted an application to proceed in district court without prepaying fees or costs. Dkt. 2. However, an Order of this Court provides for the return without filing of any petition submitted by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless such petition is

---

[1] This Petition is docketed as proceeding under 28 U.S.C. § 2241; however, because Mr. Demos has used the Court's form for filing a Petition under 28 U.S.C. § 2254, and because it appears he seeks to challenge the validity of his state court conviction, the Court construes his Petition as arising under 28 U.S.C. § 2254. *See* Dkt. 1.

REPORT AND RECOMMENDATION
PAGE - 1

accompanied by the filing fee.[2]  *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).  Mr. Demos failed to submit the requisite filing fee for this action.  As such, the Court recommends that, pursuant to the Court's Order of March 13, 1997, the Clerk be **DIRECTED** to administratively **CLOSE** this matter.  A proposed Order is attached.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed.  Responses to objections may be filed by **the day before the noting date**.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 23, 2024**.

Dated this 2nd day of July, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

---

[2] There is what may be a handwritten caption for the Ninth Circuit Court of Appeals added to the top of the Petition. It is not entirely clear whether Petitioner intended to direct his submission to the Ninth Circuit or to this Court. Irrespective of this, the Petition is subject to the Court's Order of March 13, 1997, and should be dismissed.